**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Felicia R. Brown              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10337 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

       Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
18 Feb 2021, 17:05:29, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322