UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Felicia R. Brown           : CHAPTER 13
         Debtor              :
                              : NO.  21-10337 MDC

                            HEARING: 5-18-21
                     TIME: 10:30 a.m.
                           COURTROOM: 2

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEBTOR'S ANSWER TO ALLY BANK'S MOTION FOR RELIEF was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on May 3, 2021, to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130

Felicia R. Brown
5809 Cedar Ave.
Philadelphia, PA 19143


   5-3-21                                                           /s/ MICHAEL A. LATZES
Date                                                         MICHAEL A. LATZES, ESQUIRE
                                                           Attorney for Debtor