# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Felicia R. Brown | : |
| | : |
|                Debtor(s) | : NO.   21-10337 MDC |

### CERTIFICATE OF SERVICE

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan and Schedule J were mailed either first class mail, postage prepaid or electronically on May 4, 2021 to the U.S. Trustee, William C. Miller, Trustee, Felicia R. Brown, debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

5-4-2021                                                                                  /s/     MICHAEL A. LATZES
DATE                                                                                     MICHAEL A. LATZES, ESQUIRE
                                                                                          Attorney for Debtor