**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Felicia R. Brown | : |
| | : |
|            Debtor(s) | : NO.  21-10337 MDC |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE**
**WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. SECTIONS 1325 (a)(8) AND 1325 (a)(9)**

I, MICHAEL A. LATZES, ESQUIRE, attorney for Debtor, hereby certifies as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C., Section 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing date.


DATE: 5-4-21                                            /s/ MICHAEL A. LATZES, ESQUIRE
                                                                    MICHAEL A. LATZES, ESQUIRE
                                                                    Attorney for Debtor