## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | CASE NO. : 21-10337-mdc | |
| ) | | |
| FELICIA R. BROWN, ) | | |
| Debtor ) | CHAPTER 13 | |
| _____ ) | | |
| ALLY BANK, ) | **HEARING DATE:** | |
| Movant ) | Tuesday, June 8, 2021 | |
| vs. ) | 9:30 a.m. | |
| ) | | |
| FELICIA R. BROWN, ) | | |
| Respondent ) | **LOCATION:** | |
| ) | U.S. Bankruptcy Court | |
| and ) | Robert N.C. Nix Federal Courthouse | |
| WILLIAM C. MILLER, ) | Courtroom #2 | |
| Trustee ) | 900 Market Street | |
| ) | Philadelphia, PA 19107 | |

### STIPULATION

COME NOW, this ____ day of _____, 2021, *Felicia R. Brown*, through Debtor's attorney, *Michael A. Latzes, Esquire* and *Ally Bank*, ("Ally") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief:

WHEREAS the Debtor owns a 2019 HYUNDAI Elantra Sedan 4D SE I4, V.I.N. KMHD74LF4KU863377 ("Vehicle"); and

WHEREAS Ally filed a Motion for Relief from the Automatic Stay ("Motion") with respect to missed post-petition payments; and

It appearing that the Debtor is in current post-petition as of May 18, 2021;

WHEREAS the Debtor and Ally seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The Debtor shall remain current with regular monthly payments starting with the regular monthly payment of $449.07 due on June 15, 2021, and all such future payments due on the 15th of each month thereafter.

2. If Debtor shall fail to make to payments under the terms of the Stipulation and

Debtor fail to cure said default within fifteen (15) days after notice by Ally (or its counsel) of said default, counsel for Ally may re-list this Motion for Relief from the Automatic Stay by filing an Amended Notice of Hearing with the Court.

3. This Stipulation is a supplement and in addition to the Contract between the parties and not in lieu thereof.

4. Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

BY THE COURT:

_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

**Creditor: Ally Bank**
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, Pennsylvania 19130
(267) 909-9036

DATED: 6/1/21

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: Felicia R. Brown**

By Counsel for Debtor: Michael A. Latzes, Esquire

By: *[signature]*
Michael A. Latzes, Esq.
Law Offices of Michael A. Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102
(215) 545-0200

DATED:

**Chapter 13 Trustee**

No Objection

/s/ LeeAne O. Huggins
---
William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

Dated:

Please send copies to:

Felicia R. Brown
5809 Cedar Avenue
Philadelphia, PA 19143

Michael A. Latzes, Esq.
Law Offices of Michael A. Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130