**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  : CHAPTER 13
    Felicia R. Brown                  :
                                :
                  Debtor(s)      : NO.   21-10337 MDC


CERTIFICATE OF SERVICE


I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Third Amended Chapter 13 Plan and Amended Schedules J were mailed either first class mail, postage prepaid or electronically on June 1, 2021  to the U.S. Trustee, William C. Miller,  Trustee, Felicia R. Brown, debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.


6-1-2021                                  /s/    MICHAEL A. LATZES
DATE                                   MICHAEL A. LATZES, ESQUIRE
                                        Attorney for Debtor