United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10337-mdc

Felicia R. Brown     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jun 03, 2021     Form ID: 155     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia R. Brown, 5809 Cedar Ave., Philadelphia, PA 19143-1933 |
| 14582935 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14582419 | + | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market St., Attn; Bankruptcy Dept., Philadelphia, PA 19106-1538 |
| 14599226 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14584026 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14582422 | | Shellpoint Mortgage, P.O. BOX 740039, Attn: Bankruptcy Dept., Cincinnati, OH 45274-0039 |
| 14582423 | + | U.S. Department of Education, 830 First Street, NE, 11th Floor, Attn: Bankruptcy Dept., Washington, DC 20202-0004 |
| 14582424 | + | U.S. Dept. of Education/Graduate Plus, P.O. BOX 7860, Attn: Bankruptcy Dept., Madison, WI 53707-7860 |
| 14589089 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14582425 | + | Up Grade, 275 Battery Street, 23rd Floor, Attn: Bankruptcy Dept., San Francisco, CA 94111-3305 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14586626 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 04 2021 02:43:31 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14582418 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2021 03:08:00 | Ally Financial, P.O. BOX 380901, Attn: Bankruptcy Dept., Minneapolis, MN 55438-0901 |
| 14601050 | | Email/Text: megan.harper@phila.gov | Jun 04 2021 03:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14583969 | | Email/Text: mrdiscen@discover.com | Jun 04 2021 03:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14599071 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2021 03:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14585271 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2021 03:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14583389 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 04 2021 03:09:24 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14586533 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 04 2021 03:09:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14582420 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 04 2021 03:09:24 | Navy Federal Credit Union, P.O. BOX 3500, Attn: Bankruptcy Dept., Merrifield, VA 22119-3500 |
| 14582421 | + | Email/Text: bankruptcy@prosper.com | Jun 04 2021 03:09:00 | Prosper Funding LLC, 221 Main Street, Suite 300, Attn: Bankruptcy Dept., San Francisco, CA 94105-1909 |
| 14590278 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 03:09:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 03, 2021 | Form ID: 155 | Total Noticed: 22

| | | | |
|---|---|---|---|
| 14599668 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 04 2021 02:43:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2021              Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank jschwartz@mesterschwartz.com |
| MICHAEL A. LATZES | on behalf of Debtor Felicia R. Brown efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Felicia R. Brown
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10337−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this June 3, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

36 − 12
Form 155