United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10337-mdc |
| Felicia R. Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 07, 2021     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia R. Brown, 5809 Cedar Ave., Philadelphia, PA 19143-1933 |
| cr | + | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 08 2021 01:34:38 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank jschwartz@mesterschwartz.com |
| MICHAEL A. LATZES | on behalf of Debtor Felicia R. Brown efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 3 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 21-10337-mdc |
| | ) | |
| FELICIA R. BROWN, | ) | |
|            Debtor | ) | CHAPTER 13 |
| | ) | |
| ALLY BANK, | ) | **HEARING DATE:** |
|            Movant | ) | Tuesday, June 8, 2021 |
| vs. | ) | 9:30 a.m. |
| | ) | |
| FELICIA R. BROWN, | ) | |
|            Respondent | ) | **LOCATION:** |
| | ) | U.S. Bankruptcy Court |
| and | ) | Robert N.C. Nix Federal Courthouse |
| WILLIAM C. MILLER, | ) | Courtroom #2 |
|            Trustee | ) | 900 Market Street |
| | ) | Philadelphia, PA 19107 |

**STIPULATION**

COME NOW, this 5th day of June, 2021, *Felicia R. Brown*, through Debtor's attorney, *Michael A. Latzes, Esquire* and *Ally Bank*, ("Ally") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief:

WHEREAS the Debtor owns a 2019 HYUNDAI Elantra Sedan 4D SE I4, V.I.N. KMHD74LF4KU863377 ("Vehicle"); and

WHEREAS Ally filed a Motion for Relief from the Automatic Stay ("Motion") with respect to missed post-petition payments; and

It appearing that the Debtor is in current post-petition as of May 18, 2021;

WHEREAS the Debtor and Ally seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The Debtor shall remain current with regular monthly payments starting with the regular monthly payment of $449.07 due on June 15, 2021, and all such future payments due on the 15th of each month thereafter.

2. If Debtor shall fail to make to payments under the terms of the Stipulation and

Debtor fail to cure said default within fifteen (15) days after notice by Ally (or its counsel) of said default, counsel for Ally may re-list this Motion for Relief from the Automatic Stay by filing an Amended Notice of Hearing with the Court.

3. This Stipulation is a supplement and in addition to the Contract between the parties and not in lieu thereof.

4. Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

**Creditor: Ally Bank**
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, Pennsylvania 19130
(267) 909-9036

DATED: 6/1/21

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: Felicia R. Brown**

By Counsel for Debtor: Michael A. Latzes, Esquire

By: *[signature]*
Michael A. Latzes, Esq.
Law Offices of Michael A. Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102
(215) 545-0200

DATED:

**Chapter 13 Trustee**

No Objection

/s/ LeeAne O. Huggins
_____
William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

Dated:

Please send copies to:

Felicia R. Brown
5809 Cedar Avenue
Philadelphia, PA 19143

Michael A. Latzes, Esq.
Law Offices of Michael A. Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130