## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Felicia R. Brown, | : | |
|    Debtor. | : | Bankruptcy No. 21-10337-MDC |

# O R D E R

**AND NOW**, Michael A. Latzes (the "Applicant") filed with the court an Application for Compensation and Reimbursement of Expenses (the "Application").[1]

**AND**, by the Application the Applicant seeks the allowance of compensation in the amount of $4,500 (the "Requested Compensation").

**AND**, this case involves the representation of a below-median debtor, *see generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Applicant requests compensation in an amount that exceeds the amount of $4,250.00 that this Court is authorized, pursuant to L.B.R. 2016-3(a)(1), to allow in chapter 13 cases involving below-median debtors.

**AND**, L.B.R. 2016-2 requires that an application for compensation must include, among other things, a chronological description of each service performed, the time expended for each service and a list by type of the expenses for which reimbursement is sought. L.B.R. 2016-2(a)(1) and (2).

---

[1] Bankr. Docket No. 41.

It is hereby **ORDERED** and **DETERMINED** that:

1. The Applicant failed to comply with L.B.R. 2016-2(a)(1) and (2) because the Applicant failed to attach to the Application a copy of the Applicant's relevant time records (the "Time Records").

2. Within fourteen days of the entry of this Order, the Applicant shall file the Time Records as a supplement to the Application.

3. Failure to timely file the Time Records in accordance with this Order may result in the Court awarding compensation less than the amount sought by the Application.

Dated: August 9, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Michael A. Latzes, Esquire
Law Office of Michael A. Latzes
1528 Walnut Street, Suite 700
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912