UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : CHAPTER 13 |
|     Felicia R. Brown | : |
| | : |
|     Debtor(s) | : NO.  21-10337 MDC |

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's Application for Allowance of Compensation in the amount of $4,250.00 is approved.

(Debtor paid $2,000.00 of the amount prior to the bankruptcy filing)

August 12, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE