UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Felicia R. Brown | : |
|         Debtor | : |
| | : NO.  21-10337 MDC |
| NewRez LLC d/b/a Shell point | : |
| Mortgage Servicing LLC | : |
|     Movant | : |
|       v. | : |
| Felicia R. Brown | : |
|     Debtor | : . |
| | : |
| William C. Miller, Esquire | : |
|     Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Debtor's Answer to NewRez LLC d/b/a Shellpoint Mortgage Servicing, LLC's Motion  for Relief was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on September 30 2021,  to the following:


Asst. U.S. Trustee
Office of the U.S. Trustee
200 Chestnut St., Suite 502
Philadelphia, PA   19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Felicia R. Brown
5809 Cedar Avenue
Philadelphia, PA 19143


   9-30-21　　　　　　　　　　　　　　　　　　　　/s/ MICHAEL A. LATZES
   Date　　　　　　　　　　　　　　　　　　　　　　MICHAEL A. LATZES, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor