# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felicia R. Brown <br>                   Debtor(s) <br><br> NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns <br>                   Movant <br>       vs. <br><br> Felicia R. Brown <br>                   Debtor(s) <br><br> Kenneth E. West Esq. <br>                   Trustee | CHAPTER 13 <br><br> NO. 21-10337 MDC <br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief of NewRez LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about **September 20, 2021** (Doc. No. 47).

                                                          Respectfully submitted,

                                                          /s/ Rebecca A. Solarz, Esq.
                                                          _____

                                                          Rebecca A. Solarz, Esquire
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA  19106
                                                          Phone: (215)-627-1322

Dated: December 10, 2021