22-0065

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Felicia R. Brown

Debtor(s)

Chapter 13 Proceeding

Case No.  21-10337 MDC

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of BARCLAYS  MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.

POWERS KIRN, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: January 25, 2022